UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT RICHARD PRICE,<br><br>   Plaintiff,<br><br>   v.<br><br>GILL, et al.,<br><br>   Defendants. | No. 2:21-cv-02295-TLN-JDP<br><br>**ORDER** |

   Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On February 14, 2022, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 8.) No objections were filed.

   The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the Court finds the findings and recommendations to be supported by

the record and by the proper analysis.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The findings and recommendations filed February 14, 2022, are adopted in full;

      2. This action is dismissed without prejudice for failure pay the filing fee and failure to comply with Court orders; and

      3. The Clerk of Court is directed to close the case.

DATED: March 21, 2022

_____
Troy L. Nunley
United States District Judge