UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT RICHARD PRICE,<br><br>  Plaintiff,<br><br>  v.<br><br>GILL, *et al.*,<br><br>  Defendants. | No.  2:21-cv-02295-TLN-JDP (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S REQUESTS<br><br>ECF Nos. 11 & 12 |

On February 14, 2022, I recommended that plaintiff's case be dismissed for failure to pay the filing fee and failure to comply with court orders.  ECF No. 8.  On March 23, 2022, the court subsequently adopted the findings and recommendations in full and dismissed this case.  ECF No. 9.  After the case was closed, plaintiff belatedly filed a demand for a jury trial and a request for a scheduling conference.  ECF Nos. 11 & 12.

Plaintiff's post-closure filings will be disregarded.  These filings do not constitute a proper request for reconsideration March 23, 2022 order and judgment.  Plaintiff is notified that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

Accordingly, it is hereby ORDERED that plaintiff's April 11 and 12 filings, ECF Nos. 11 & 12, are disregarded.

1

1  
2  IT IS SO ORDERED.  
3  
4  Dated:   July 25, 2022                                                                     
                                                   JEREMY D. PETERSON  
                                                   UNITED STATES MAGISTRATE JUDGE